DATE OF NOTICE: November 12, 2020

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PAC-WEST DISTRIBUTING NV LLC** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| **AFAB INDUSTRIAL SERVICES INC., et al.** | : | |
| *Defendant* | : | NO. 19-3584 |

## NOTICE OF HEARING

A **TELEPHONE CONFERENCE** to discuss the pending Motion to Compel (Doc. No. 49) and the associated response and reply (Doc. Nos. 50, 51) is scheduled to be held on **November 19, 2020**, at **2:00 p.m.** before the Honorable Gene E.K. Pratter, at 601 Market Street, Philadelphia, PA 19106.

The parties are instructed to phone 571-353-2300, then enter 510355163# to be connected to the Judge.

*s/Susan Flaherty*
**SUSAN FLAHERTY**
Civil Courtroom Deputy
to the Honorable Gene E.K. Pratter
United States District Court Judge

**Copies sent via ECF notification only.**