IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAC-WEST DISTRIB. NV LLC, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AFAB INDUS. SERV., INC *et al.*, | : | No. 19-3584 |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 27th day of July, 2021, upon consideration of Defendants' Motion for Partial Dismissal of Plaintiff's First Amended Complaint (Doc. No. 42), the Response in Opposition (Doc. No. 43), the Reply in Support (Doc. No. 47), and the Surreply in Opposition (Doc. No. 48), it is **ORDERED** that the Motion (Doc. No. 42) is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1