IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAC-WEST DISTRIBUTING NV LLC, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AFAB INDUSTRIAL SERVICES, INC., et al., | : | No. 19-3584 |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 10th day of March, 2022, upon consideration of AFAB and Mr. Farr's Answer, Affirmative Defenses, and Counterclaims to Pac-West's First Amended Complaint (Doc. No. 61), AFAB and Mr. Farr's Amended Counterclaims (Doc. No. 68), Pac-West's Partial Motion to Dismiss AFAB/Farr's Counterclaims (Doc. No. 64), AFAB and Mr. Farr having not opposed the Motion, and this Court having held oral argument on October 12, 2021, it is hereby **ORDERED** that the Motion (Doc. No. 64) is **GRANTED** and AFAB/Farr's Amended Counterclaims are partially **DISMISSED** as follows, for the reasons set forth in the accompanying Memorandum:

1. The portions of Count VI (No Lawful Use in Commerce) based on the trademarks for RUSH, PWD, SUPER RUSH, POWER-PAK PELLET, and NEVER FAKE IT! (the "Previously Litigated Trademarks") are **DISMISSED** with prejudice;

2. The portions of Count VII (Abandonment) based on the Previously Litigated Trademarks are **DISMISSED** with prejudice; and

1

3. The portions of Count VIII (Fraud) based on the Previously Litigated Trademarks are **DISMISSED** with prejudice.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE