**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PAC-WEST DISTRIBUTING NV LLC,** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **AFAB INDUSTRIAL SERVICES, INC.,** | : | |
| **et al.,** | : | **No. 19-3584** |
| *Defendants* | : | |

## ORDER

**AND NOW**, this ⸻day of March, 2022, upon consideration of AFAB and Mr. Farr's

Motion for Summary Judgment (Doc. No. 66), Pac-West's response in opposition and corrected

memorandum (Doc. Nos. 74 & 81), the supporting affidavits and exhibits, and this Court having

held oral argument on October 12, 2021, it is hereby **ORDERED** that the Motion (Doc. No. 66)

is **GRANTED IN PART** and **DENIED IN PART** as follows, for the reasons set forth in the

accompanying Memorandum:

1. The motion (Doc. No. 66) is **GRANTED** on the tortious interference claim and

    on the trade dress claims related to the RUSH, SUPER RUSH, and NEVER

    FAKE IT! marks;

2. The motion (Doc. No. 66) is **DENIED** on the remaining bases.

**BY THE COURT:**

**GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE**

1