IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAC-WEST DISTRIBUTING NV LLC, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AFAB INDUSTRIAL SERVICES, INC., | : | |
| et al., | : | No. 19-3584 |
| *Defendants* | : | |

## ORDER

AND NOW, this 30th day of March, 2022, upon consideration of this Court's Order and Memorandum granting summary judgment in part and denying summary judgment in part (Doc. Nos. 90 & 91), AFAB's Motion for Reconsideration (Doc. No. 93), and Pac-West's motion for reconsideration (Doc. No. 94), it is hereby **ORDERED** that the motions for reconsideration (Doc. Nos. 93 & 94) are **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE