IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAC-WEST DISTRIBUTING NV LLC, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| AFAB INDUSTRIAL SERVICES, INC., et al., *Defendants* | : : : | No. 19-3584 |

## ORDER

AND NOW, this 22 day of May, 2023, upon consideration of Pac-West's Motion for Partial Summary Judgment on AFAB's First Amended Counterclaims (Doc. No. 103), the response and reply thereto (Doc. Nos. 110, 112, 135, 137, 147, & 149), and the oral argument held on January 31, 2023, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that

1. The Motion (Doc. No. 103) is **GRANTED** as to Counts IV, V, VI, VII, and VIII of AFAB's Counterclaims; and

2. The Motion (Doc. No. 103) is **DEEMED MOOT** as to Count III.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE