IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAC-WEST DISTRIBUTING NV LLC, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AFAB INDUSTRIAL SERVICES, INC., | : | |
| et al., | : | No. 19-3584 |
| *Defendants* | : | |

## ORDER

AND NOW, this 12th day of June, 2023, upon consideration of Pac-West's motion to exclude Lee Negri, Amy Mills, and Richard Harris as trial witnesses (Doc. No. 138), the responses and replies thereto, and the oral argument held on June 2, 2023, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Pac-West's motion (Doc. No. 138) is **GRANTED** as to Mr. Negri and Ms. Mills, who shall be excluded as trial witnesses, and **DEEMED MOOT** as to Mr. Harris. It is further **ORDERED** that Pac-West's Emergency Motion for a Protective Order regarding these same witnesses (Doc. No. 145) is **DEEMED MOOT**.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE