IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAC-WEST DISTRIBUTING NV LLC, *Plaintiff* | CIVIL ACTION |
| v. | |
| AFAB INDUSTRIAL SERVICES, INC., et al., *Defendants* | No. 19-3584 |

## ORDER

AND NOW, this 12th day of June, 2023, upon consideration of the omnibus motions *in limine* submitted by Pac-West and AFAB (Doc. Nos. 118 & 119), and the Court having explained to the parties at the final pretrial conference held on January 31, 2023, and again during the telephone conference held on May 1, 2023, that motions *in limine* shall be filed individually, it is hereby **ORDERED** that both motions (Doc. Nos. 118 & 119) are **DISMISSED** without prejudice to their being brought as individual motions.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE