## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PAC-WEST DISTRIBUTING NV LLC, :
    *Plaintiff*    :   **CIVIL ACTION**
           :
   **v.**        :
           :
AFAB INDUSTRIAL SERVICES, INC., :
et al.,         :   **No. 19-3584**
    *Defendants*   :

### <u>ORDER</u>

  **AND NOW**, this ___ day of June, 2023, upon consideration of AFAB's Motion to Certify the Court's Order of May 23, 2023 for Interlocutory Appeal and Stay Pending Resolution of Appeal (Doc. No. 158) and Pac-West's Responses (Docs. No. 162 & 163), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the motion (Doc. No. 158) is **DENIED**.

           BY THE COURT:

           **GENE E.K. PRATTER**
           **UNITED STATES DISTRICT JUDGE**