IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AFAB INDUSTRIAL SERVICES, INC., *Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| PAC-WEST DISTRIBUTING NV LLC *et al.*, *Defendants* | : | No. 19-566 |

| | | |
|---|---|---|
| PAC-WEST DISTRIBUTING NV LLC, *Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| AFAB INDUSTRIAL SERVICES, INC. *et al.*, *Defendants* | : | No. 19-3584 |

**ORDER**

AND NOW, this 23rd day of October, 2023, upon consideration of AFAB's Motion to Strike Plaintiffs' Jury Demand (No. 19-3584, Doc. No. 161) (No. 19-566, Doc. No. 116), the responses and replies thereto, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE